DLM

THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SIMATEX, INC.,

Plaintiff,

v.

COLONIAL MILLS, INC.,

Defendant.

Civil Action No. ___________

CA 08 343 S

**CORPORATE DISCLOSURE STATEMENT OF SIMATEX, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Simatex, Inc. ("Simatex") hereby states that (1) Simatex does not have a corporate parent, and (2) no publicly-held corporation owns 10% or more of Simatex's stock.

SIMATEX, INC.

By its attorneys,

Joseph V. Cavanagh, Jr. #1139
Joseph V. Cavanagh, III #6907
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, Rhode Island 02903
Telephone: (401) 831-8900
Facsimile: (401) 751-7542
jvc@blishcavlaw.com
jvc3@blishcavlaw.com

Dated: September 12, 2008